IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., § | |
| *ex rel.* RAYBURN ALEX THOMPSON, § | |
| § | |
| Plaintiffs-Relator, § | |
| § | |
| VS. § | Civil Action No. 3:20-CV-2917-D |
| § | |
| APOLLO PATH, LLC D/B/A § | |
| APOLLO LABORATORIES, et al., § | |
| § | |
| Defendants. § | |

# JUDGMENT

In a memorandum opinion and order filed on March 5, 2025, the court granted defendants' motion to dismiss plaintiff-relator Rayburn Alex Thompson's ("Thompson's") federal-law claims, declined to exercise supplemental jurisdiction over his pendent state-law claims, and granted him leave to replead within 28 days. When Thompson failed to replead, defendants filed an April 11, 2025 motion to dismiss and enter judgment. In that motion, defendants are withdrawing their pending motion for terminating sanctions and for *in camera* review upon the dismissal of Thompson's first amended complaint. On April 14, 2025 the court gave the United States and the States the opportunity to consent to the dismissal. The United States has given its written consent to dismissal of Thompson's federal-law claims with prejudice; the States have not timely responded to the court's order.

Accordingly, for the reasons set out in the court's March 5, 2025 memorandum opinion and order, it is ordered and adjudged that plaintiff-relator Thompson's federal-law claims are dismissed with prejudice and his state-law claims are dismissed without prejudice. Defendants' March 10, 2025 motion for terminating sanctions and for *in camera* review is deemed withdrawn.

Defendants' taxable costs of court, as calculated by the clerk of court, are assessed against plaintiff-relator Thompson.

Done at Dallas, Texas April 30, 2025.

                                             SIDNEY A. FITZWATER
                                             SENIOR JUDGE